Charles H. Wilson, Appellant, v. City of Daytona Beach, Appellee.

*Horne & Ossinsky*, for Appellant;

*Thomas N. Tappy, Murray Sams, Selden, Hodgden & Couchman*, for Appellee.

Sarah S. Ruff, et al., Appellants, v. Guaranty Title & Trust Company, et al., Appellees.

*J. C. Davant*, for Appellants;

*Brandon, Gage, Hancock & Polhill*, for Appellees.

Edgar J. Tapping, Plaintiff in Error, v. H. B. McIntosh and U. S. Fidelity & Guaranty Company, Defendants in Error.

*VanFleet, Collins & Miller*, for Plaintiff in Error.